## Consent to Join Action

I hereby consent to joining a civil action in the United States District Court for the Southern District of Ohio against Papa John's Pizza and related entities and individuals to recover unpaid compensation, additional damages, and costs under the Fair Labor Standards Act and Ohio Law, and be represented by Markovits, Stock & DeMarco LLC for purposes of bringing such action.

If I am not a named plaintiff myself, then I authorize the named plaintiff(s) to file and prosecute the above referenced matter in my name and on my behalf, and designate the named plaintiff(s) to make decisions on my behalf concerning the litigation, including negotiation a resolution of my claims, and I understand that I will be bound by such decisions. In the event this action gets conditionally certified and then decertified, I authorize plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants.

| | |
|---|---|
| | *Derek Green* |
| | Derek Green (May 10, 2017) |
| May 10, 2017 | |
| Date | Signature |
| | |
| | Derek Green |
| | Name (Printed) |