# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Tammy Hatmaker, Stephen Hatmaker, Kendall Peyton, Alan Huxford, and Derek Green, *On behalf of themselves and those similarly situated*, Plaintiffs, v. PJ Ohio, LLC; Serazen LLC; PJ Pizza Ohio, LLC; PJ Las Vegas, LLC; and PJ North Carolina, LLC, Defendants. | Case No. 3:17-cv-146<br><br>Judge Thomas Rose<br><br>Jury Demand Endorsed Hereon |

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF LITIGATION PENDING DATA DISCLOSURES AND MEDIATION

THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Stay of Litigation Pending Data Disclosures and Mediation, and good cause having been shown, it is hereby:

ORDERED that all proceedings in this matter be and hereby are stayed through September 29, 2017, to permit the Parties opportunity to mediate with Hunter Hughes, Esq. in Atlanta, Georgia, and it is

FURTHER ORDERED that if settlement is not achieved, the Parties shall so notify the Court that their efforts were unsuccessful and Defendants shall have until October 29, 2017, to respond to the Amended Complaint and to file their response to Plaintiffs' pending Motion for Conditional Certification (ECF Doc. 2).

\*s/Thomas M. Rose
_____
Dated this 30th day of August 2017.     United States District Judge