In the United States District Court
for the Southern District of Ohio
Western Division at Dayton

| | |
|---|---|
| Tammy Hatmaker, et al., *On behalf of themselves and those similarly situated*, Plaintiffs, v. PJ Ohio, LLC, et al., Defendants. | Case No. 3:17-cv-146<br><br>Judge Thomas Rose |

ORDER

The parties having agreed and stipulated pursuant to the Joint Motion to Approve Stipulated Form of Notice of Collective Action (Doc. 28) for purposes of pursuing settlement and other good cause appearing,

IT IS HEREBY ORDERED that this case be conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b).

IT IS FURTHER ORDERED that the Notice of Collective Action Lawsuit attached as Exhibit A to Doc. 28 is APPROVED, and it is ORDERED that said notice be sent U.S. Mail to all current and former delivery drivers employed by Defendant within the three years preceding the date of this Order.

IT IS FURTHER ORDERED that all further stipulations and agreements between the parties set forth in Doc. 28 are APPROVED, and it is ORDERED that the parties shall adhere thereto.

IT IS FURTHER ORDERED that these proceedings (including Defendants' obligation to file a response to the Complaint) are STAYED, except for briefing and adjudication of Plaintiff's

Motion for Leave to File Second Amended Complaint (Doc. 27) until 10 days after conclusion of the opt-in period.

<pre>
                                        s/Thomas M. Rose
                                        _____
                                        Hon. Thomas Rose, District Judge

                                        Date: October 25, 2017
</pre>