# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Tammy Hatmaker, et al.,**

*Plaintiffs,*

**v.**                                                             **Case No. 3:17-cv-146**
                                                                   **Judge Thomas M. Rose**

**PJ Ohio, LLC, et al.,**

*Defendants.*

---

## Scheduling Order

---

Pursuant to the Parties' Rule 26(f) Report, Cross-Motions for Partial Summary Judgment on the question of what constitutes a proper measure of minimum wage compliance for pizza delivery drivers is due April 22, 2019. Responses are due June 12, 2019. Replies will only be permitted by leave of Court. An Amended Rule 26(f) will be due 24 days after the Court rules on the cross motions for summary judgment.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, April 8, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE