## DECLARATION OF DARCIE MANGUS

I, Darcie Mangus, am an adult over the age of 18 and of sound mind. I have personal knowledge of the statements contained herein and make the following Declaration:

1.I am a Defendant in this matter and the Chief Operating Officer of Defendant Serazen LLC, a holding company which owns, among other entities, Defendants PJ Ohio LLC ("PJ Ohio"), PJ North Carolina LLC ("PJ NC"), and PJ Las Vegas LLC ("PJ Vegas"). I make this Declaration based upon my own personal knowledge and documents maintained by Defendants in the regular course of business.

2.Generally speaking, the cars driven by delivery drivers employed by Defendants PJ Ohio, PJ Vegas, and PJ NC were older-model cars. For example, Defendants' records show that during 2015-2016, Plaintiff Stephen Hatmaker drove a 2001 Lexus; Plaintiff Tammy Hatmaker drove a 2002 Jeep Grand Cherokee; Plaintiff Kendall Peyton drove a 2010 Chevrolet; Plaintiff Derek Green drove a 2007 Chevrolet Aveo; Plaintiff Anthony Hernandez drove a 2003 Chevy Aero. True and correct copies of Defendants' records showing these facts are attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 17th day of June, 2019.

*Darcie Mangus*
Darcie Mangus

# EXHIBIT A



Thank you for choosing State Farm for your insurance need

IMPORTANT - IDEN
STATE

**StateFarm**

# OHIO INSURANCE CARD

| | |
|---|---|
| INSURED | HATMAKER, STEPHEN |
| POLICY NUMBER | Redacted |
| YR 2001 MAKE LEXUS | EFFECTIVE JUN 13 2015 TO DEC 13 2015 |
| MODEL ES 300 | VIN Redacted |
| AGENT JOE MAHER | 3194-BD2 |
| PHONE (937)426-4296 | NAIC 25178 |

MUTL VOL

A  BODILY INJURY/PROPERTY DAMAGE LIABILITY
D  100 DEDUCT COMPREHENSIVE
G  500 DEDUCT COLLISION
H, U

SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION

KEEP A CARD IN
THIS CARD IS INVALID IF THE POLICY FOR WHICH
KEEP YOUR CURRENT CARD UNTIL TI
MANY STATES REQUIRE EVIDENCE OF INSURANCE ON DEMAND. ONE O
A toll free number is available for Emergency Road

IMPORTANT - IDENT
STATE F


Copier & Printer Repair
Complete Office Document Solutions
Serving Columbus For over 20 Years

OHIO TEMPORARY INSURANCE IDENTIFICATION CARD
Safe Auto Insurance Company
4 Easton Oval, Columbus, OH 43219
1-800-SAFE-AUTO (1-800-723-3288)

Policy Number: Redacted
Effective Date/Time: 06/30/2016 12:25 P.M.
Expiration Date/Time: 12/30/2016 12:01 A.M.
Card is good through: 08/24/2016 12:01 A.M.
Year  Make Model
2002   Jeep Grand Cherokee          VIN
Named Insured: Tammy A Hatmaker   RedactedRedacted
Additional Insureds
Stephen Hatmaker                 Effective Date/Time
                                 06/30/2016 12:25 P.M.

OH1022/1008 NAIC 25405





INSURANCE IDENTIFICATION CARD - Ohio

Policy Number:  
Effective Date: 11/28/2016  
Insurer: Progressive Direct Insurance Co 1-800-776-4737  
PO Box 31260 Tampa, FL 33631  
Named Insured(s):  
Kendall W Peyton  

NAIC Number: 16322  
Expiration Date: 05/28/2017  

Year  Make        Model     VIN  
2010  Chevrolet   Impala

**StateFarm**

# NEVADA EVIDENCE OF INSURANCE CARD

State Farm Mutual Automobile Insurance Company
2700 South Sunland Drive Tempe AZ 85282-3387

INSURED  GREEN, DEREK A
         78
         Redacted

MUTL VOL
NAIC  25178

POLICY NUMBER  Redacted       EFFECTIVE  MAY 06 2016  TO  NOV 06 2016
YR  2007   MAKE  CHEVROLET
MODEL  AVEO          VIN  Redacted              2421-B39
AGENT  PERRY OLSON INSURANCE AGCY INC
PHONE  (702)309-6655
COVERAGES A D500 G500 H U



**GEICO**
geico.com

Nevada Insurance Identification Card
1-800-841-3000

GEICO GENERAL INSURANCE COMPANY
PO BOX 509090 SAN DIEGO, CA 92150-9090
NAIC Company Code: 35882

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Redacted | 04-16-16 | 10-16-16 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2003 | MERC | SABLELS/PE | Redacted |

Insured:
BRANDI L AND ANTHONY DAVID HERNANDEZ

Redacted

This card has been approved by the Nevada Commissioner of Insurance.

### Important Information

Here are your Policy Identification Cards. Please destroy your old cards when the new cards become effective.

Due to space limitations on the ID card, only the Named Insured and the Co-insured are listed. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page, which is included with your insurance packet.

Please notify us promptly of any change in your address to be sure you receive all important policy documents. Prompt notification will enable us to service you better.

Your policy is recorded under the name and policy number shown on the card. If you would like additional ID cards, you can go online to **geico.com** or call us at 1-800-841-3000.

1) This evidence of insurance must be carried in the insured motor vehicle for production upon demand.

2) Coverage under the policy noted on the face of this card meets the requirements set forth in NRS485.185.

U-4-NV (09-15)