# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Tammy Hatmaker, et al.,

    Plaintiffs,

v.                                                                Case No. 3:17-cv-146
                                                                       Judge Thomas M. Rose

PJ Ohio, LLC, et al.,

    Defendants.

## RECUSAL ORDER

      The above case was assigned randomly to the undersigned when it was filed in 2017. Since that time, the undersigned has removed himself from assignment to civil cases other than those sounding in habeas corpus. Therefore, the undersigned hereby RECUSES himself from participation in this case and directs the Clerk to re-assign the case to one of the other Magistrate Judges at Dayton.

September 30, 2020.

                                                                        s/ *Michael R. Merz*
                                                           United States Magistrate Judge