**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| Tammy Hatmaker, *et al.*, | |
| Plaintiffs, | Case No. 3:17-cv-146 |
| v. | Judge Thomas M. Rose |
| Papa John's Ohio, LLC, *et al.*, | |
| Defendants. | |

___

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE. (ECF 170). DEFENDANTS' MOTION TO DISMISS PLAINTIFF STEPHEN HATMAKER (ECF 157) IS GRANTED, AND THE CLERK IS ORDERED TO DISMISS STEPHEN HATMAKER FROM THIS CASE.**

___

This matter comes before the Court pursuant to the Report and Recommendations of Magistrate Judge Sharon Ovington. (ECF 170).   The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.

The Court **ADOPTS** the Report and Recommendations (ECF 170) in its entirety. Defendants' Motion to Dismiss Plaintiff Stephen Hatmaker Pursuant to Rule 12(b)(1) or, in the alternative, Rule 12(c) of the Federal Rules of Civil Procedure (ECF 157) is **GRANTED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, November 24, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE