# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TAMMY HATMAKER, et al., | |
| Plaintiffs, | Case No. 3:17-cv-00146 |
| vs. | District Judge Thomas M. Rose <br> Magistrate Judge Sharon L. Ovington |
| PAPA JOHN'S OHIO, LLC, et al., | **AMENDED DECISION AND ENTRY CORRECTING RULING ON ECF 167** |
| Defendants. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (ECF No. 172), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 12, 2021 (ECF No. 172) is ADOPTED in full;

2. Plaintiff's Motion for Prejudgment Attachment of Defendants' Real Property and Assets (ECF No. 167) is DENIED; and

3. Defendants' Request for a Hearing Pursuant to Ohio Rev. Code § 2715.04 (ECF No. 168) is denied as moot.

February 2, 2021

s/Thomas M. Rose

Thomas M. Rose
United States District Judge